PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **NUNEZ-MAY, Rahisy**                              Docket No. **00-776-002**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Adriana Garcia** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **NUNEZ-MAY, Rahisy**, who was placed under pretrial release supervision by the **Honorable Ronald J. Hedges** sitting in the Court at Newark, New Jersey, on June 12, 2000, under the following conditions:

$100,000 Unsecured Appearance Bond, co-signed by Sonia Cruz who is also to act as third party custodian, house arrest with electronic monitoring (allowances for employment with the pre-approval of Pretrial Services and any other exceptions as deemed appropriate by Pretrial Services), Pretrial Services supervision, travel restricted to Essex County, surrender of all travel documents/do not apply for any (specifically to surrender her valid Dominican passport by June 13, 2000), psychiatric evaluation to be conducted, and mental health counseling and treatment as deemed appropriate by Pretrial Services

On July 21, 2000, Judge Hedges issued a warrant for the defendant's arrest, based upon a petition filed by Pretrial Services alleging a violation of release conditions.

On August 8, 2000, a bail review hearing was held. The defendant was released on the same conditions which had previously been set.

On April 2, 2001, Judge Hedges issued an order which removed the condition of house arrest.

On June 26, 2001, the defendant entered a guilty plea. The defendant has not been sentenced.

      Respectfully presenting petition for action of Court and for cause as follows:

See attached

The defendant has not complied with the condition that she report to Pretrial Services. On November 2, 2005, a Pretrial Services Officer conducted a visit to the defendant's residence, but did not make contact with the defendant. Pretrial Services attempted to contact the defendant on her mobile phone, leaving a message for her. The defendant contacted Pretrial Services on November 9, 2005, and was directed to report to our office on November 17, 2005. The defendant failed to report.

On November 23, 2005, Pretrial Services again attempted to contact the defendant at her residence. The defendant was not present at this residence, and an individual who was present at this residence advised the defendant no longer lived there. Pretrial Services contacted the defendant on her mobile phone, and she advised that she did in fact still live at this residence, claiming that her roommate provided Pretrial Services with false information. The defendant was directed to report to our office on November 28, 2005. The defendant failed to report.

On December 11, 2005, Pretrial Services again attempted to contact the defendant at her residence. The defendant was not present at this residence, and Pretrial Services could not reach her on her cell phone.

On January 3, 2006, Pretrial Services attempted to contact the defendant on her mobile phone, and received a message indicating the number had been disconnected. Pretrial Services then contacted the defendant's attorney, who advised he had not spoken to the defendant in several months.

PRAYING THAT THE COURT WILL ORDER **A warrant be issued for the defendant's arrest.**

ORDER OF COURT

Considered and ordered this _17th_ day of _January_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _January 11, 2006_

_____
Adriana Garcia
U.S. Pretrial Services Officer